UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KATHRYN BROECKER )
)
Plaintiff, )
)
v. ) Case No. 3:11-cv-00240-JRS
)
REHABCARE GROUP, INC., et al., )
)
Defendants. )

## ORDER

Whereas, this matter has come before the Court on the parties' request for Court review and approval of the Confidential Settlement Agreement and Release of All Claims and for dismissal with prejudice of all claims in this case;

Whereas, the claims asserted by Plaintiff in the Amended Complaint in this case arise under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.; and

Whereas, the Court has reviewed the Confidential Settlement Agreement and Release of All Claims, in accordance with the parties' request, and is satisfied that the terms of the settlement are fair and reasonable;

Now, therefore, upon consideration of the Joint Motion for Approval of the Confidential Settlement Agreement and Release of All Claims and Stipulation of Dismissal with Prejudice, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the Confidential Settlement Agreement and Release of All Claims is APPROVED; and it is further

ORDERED that all claims in this case are dismissed with prejudice with each party bearing its own fees and costs.

**SO ORDERED:**

Date: 1-12-12

_____/s/_____
James R. Spencer
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of January, 2012, I filed the foregoing proposed Order with the Clerk of Court via Federal Express, and sent by Federal Express a copy of the foregoing proposed Order to the following:

Tim Schulte
Blackwell N. Shelley, Jr.
Lauren E. Fisher
Shelley & Schulte, P.C.
700 East Franklin Street, 12th Floor
Richmond, VA 23219
Tim.schulte@shelleyschulte.com
Blackwell.shelley@shelleyschulte.com
Lauren.fisher@shelleyschulte.com

*Counsel for Plaintiff*

/s/ Katherine A. Goetzl
Katherine A. Goetzl (Va. Bar No. 41475)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036
202.842.3400 Telephone
202.842.0011 Facsimile
kgoetzl@littler.com

*Counsel for Defendants*

Firmwide:104808272.1 059040.1015